1
2
3
4              JS-6
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10   | FEMTO-SEC TECH, INC., a California | Case No. 8:15-cv-01551-JVS-JCGx
11   | corporation, |
                                              **ORDER GRANTING
12              Plaintiff,                    STIPULATED DISMISSAL**

13        v.

14   ALCON LABORATORIES, INC.,            Judge: Hon. James V. Selna
     a Delaware Corporation, and          Ctrm: 10C
15
     WAVELIGHT, GmbH, a German
16   Corporation,
                Defendants.
17
     AND RELATED COUNTERCLAIMS
18
19
20
21
22
23
24
25
26
27
28

1    This matter comes before the Court on the Parties' Joint Stipulation to

2    Dismiss.  Upon consideration of said Stipulation and the record in this case, the

3    relief requested by the Parties is GRANTED.

4        It is hereby ORDERED that:

5        (1) All claims, counterclaims, cross-claims, and causes of action in this case

6    are DISMISSED WITH PREJUDICE;

7        (2) each Party shall bear its own attorney fees and costs for this action; and

8        (3) the jurisdiction of this Court is retained for the purpose of enforcing, if

9    necessary, the settlement agreement between Dr. Neev/Femto-Sec Tech, Inc. and

10   Alcon Laboratories, Inc., WaveLight GmbH, and Alcon LenSx, Inc.  Except as

11   otherwise provided herein, this action is fully resolved with prejudice.

12

13   **IT IS SO ORDERED.**

14

Dated:  October 18, 2017        By:

15                                  Honorable James V. Selna
                                   United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

[PROP] ORDER GRANTING
STIPULATED DISMISSAL
Case No. 8:15-cv-01551-JVS-JCGx

SAN_DIEGO-707758